STATE OF CONNECTICUT *v.* TOMMIE J. HART

The motion by the plaintiff to dismiss the appeal from the Superior Court in Tolland County is granted.

*Donald B. Caldwell,* state's attorney, for the appellee (state).

*Edward Y. O'Connell,* for the appellant (defendant).

Argued November 2—decided November 2, 1971

JOHN BRIGHENTI ET AL. *v.* THE NEW BRITAIN SHIRT CORPORATION

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joseph P. Cianci,* for the appellees (plaintiffs).

*Harry W. Hultgren, Jr.,* for the appellant (defendant).

Argued November 2—decided November 2, 1971

THERESA KOZIOL *v.* WALTER WAWRZYNOWICZ

The motion by the plaintiff to dismiss the appeal from the Superior Court in New London County is granted unless on or before December 1, 1971, the defendant-appellant complies with the provisions of § 608A of the rules of practice, which provide that a party ordering a transcript from a court stenographer makes a satisfactory arrangement with him for payment of it.

*Jackson T. King, Jr.,* for the appellee (plaintiff).

*Richard C. Post,* for the appellant (defendant).

Argued November 2—decided November 2, 1971